FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0251

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0251

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

FRANKIE SAMUEL PRADO,

 Defendant and Appellant.

## ORDER

 Upon consideration of Appellant's motion for extension of time, and good cause appearing,

 IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 25, 2025, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 18 2025